U.S. DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

NOV 2 4 2014

CHRIS R. JOHNSON, Clerk
By_____ Deputy Clerk

SHANNON WOODS          PLAINTIFF

V.      CIVIL ACTION NO. __14-1062__

GEORGIA-PACIFIC LLC;
GEORGIA-PACIFIC LLC
d/b/a GEORGIA-PACIFIC BLEACH
BOARD HOPPER PAPER COMPANY; and
JOHN DOES 1-5          DEFENDANTS

## NOTICE OF REMOVAL

TO:    Timothy J. Myers
Taylor Law Partners, LLP
P.O. Box 8310
Fayetteville, AR 72703
Fax: (479) 443-7842
*Attorney for Plaintiff*

Vickie Stell
205 East Jefferson
Hamburg, Arkansas 71646
***ASHLEY COUNTY CIRCUIT CLERK***

**PLEASE TAKE NOTICE** that Georgia-Pacific LLC ("GP"), a Defendant in the above-styled and numbered cause, has filed this Notice of Removal, as required by law and the rules of Court, for the removal of that certain cause entitled **Shannon Woods v. Georgia-Pacific LLC; Georgia-Pacific LLC d/b/a Georgia-Pacific Bleach Board Paper Hopper Company; and John Does 1-5**, bearing number CV-2013-133-3 on the docket of the Circuit Court of Ashley County, Arkansas, from that Court to the United States District Court for the Western District of Arkansas, El Dorado Division.

You will, pursuant to said Removal, proceed no further with this matter in the Circuit Court of Ashley County, Arkansas. Your attention is specifically directed to **28 U.S.C. § 1441 et seq.**

GP appearing specially and for the sole and only purpose of effecting Removal to this Court, states the following as grounds for Removal:

1.

This Notice of Removal has been filed within the time period prescribed in **28 U.S.C. § 1446(b).** Venue is proper in the El Dorado Division pursuant to **28 U.S.C. § 1441(a) and § 1446(a).**

2.

GP is a Defendant in the previously identified civil action now pending in the Circuit Court of Ashley County, Arkansas. That Complaint by the Plaintiff alleges negligence on the part of GP.

3.

Said Complaint was filed on October 31, 2013. GP was served with the Complaint on or about February 10, 2014. The suit was not removable under the initial pleading as the Complaint was silent as to the citizenship of the Plaintiff. On May 29, 2014, GP sent Interrogatories to the Plaintiff inquiring as to the Plaintiff's residency and thus citizenship. On November 14, 2014, GP was provided with the Plaintiff's Answers to Interrogatories, at which time it was first ascertained that the case is one which could be removed. GP filed this Notice of Removal within thirty (30) days after receipt by GP of the Plaintiff's Answers to Interrogatories at which time it was first ascertained that the case is one which could be removed.

4.

Copies of all process, pleadings, and orders served in this action are attached hereto.

5.

On information and belief, the Plaintiff is a citizen and resident of Oklahoma.

6.

Both at the time the Complaint was filed, and at the time of removal, Defendant, GP is a limited liability company organized and existing under the laws of the State of Delaware, with its principal place of business in Georgia. GP has one member, Georgia-Pacific Holdings, LLC. Georgia-Pacific Holdings, LLC, is a limited liability company formed under the laws of Delaware with its principal place of business in Georgia. Georgia-Pacific Holdings, LLC, has one member, Georgia-Pacific Equity Holdings LLC. Georgia-Pacific Equity Holdings LLC, is a limited liability company formed under the laws of Delaware with its principal place of business in Georgia. At the time the Complaint was filed Georgia-Pacific Equity Holdings LLC, had one member, Koch Renewable Resources, Inc. Koch Renewable Resources, Inc., was a corporation formed under the laws of Delaware with its principal place of business in Kansas.

7.

The identity and citizenship of the other Defendants is unknown.

8.

The amount in controversy in said suit is, and at the time of commencement thereof was, and at all times since has been, a controversy between citizens of different states. There is, therefore, diversity of citizenship between the Plaintiff and Defendants.

9.

On information and belief, the matter in controversy between the Plaintiff and the Defendant, at the time of the commencement of said action and at the present time, exceeds the sum or value of Seventy-Five Thousand and No/100 Dollars ($75,000.00), exclusive of interest and costs.

10.

For the foregoing reasons, this Court has jurisdiction of the subject matter pursuant to **28 U.S.C. § 1332.**

The Separate Defendant, Georgia-Pacific LLC, respectfully requests that this action be Removed.

                                                Respectfully submitted,

                                                Matthew J. Shepherd, P.A.
                                                200 N. Jefferson Avenue, Suite 600
                                                El Dorado, AR 71730
                                                Phone: 870-862-2087
                                                Fax: 870-862-2747

By: _____
                                                Matthew J. Shepherd, #2001-148
                                                John Thomas Shepherd #2013-167
                                                Attorneys for Separate Defendant,
                                                Georgia-Pacific LLC

## CERTIFICATE OF SERVICE

I, Matthew J. Shepherd, hereby certify that on the ____24th____ day of November, 2014, I faxed and mailed a true and correct copy of the above and foregoing document, postage prepaid, to:

Timothy J. Myers
Taylor Law Partners, LLP
P.O. Box 8310
Fayetteville, AR 72703
Fax: (479) 443-7842
    ***Attorney for Plaintiff***

                                                _____
                                                Matthew J. Shepherd