IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

SHANNON WOODS                                                                                    PLAINTIFF

v.                                               Civil No. 14-CV-1062

GEORGIA PACIFIC, LLC, *et al.*                                                              DEFENDANTS

## ORDER

Before the Court is the Report and Recommendation filed March 16, 2015, by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. ECF No. 13. Judge Bryant recommends that Plaintiff's Motion to Remand (ECF No. 7) be denied. No party has filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Upon review, the Court adopts the Report and Recommendation *in toto*. Accordingly, Plaintiff's Motion to Remand (ECF No. 7) is **DENIED**.

**IT IS SO ORDERED**, this 7th day of April, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge